■ In the Matter of SUZETTE CRAVER, Also Known as SUZETTE BLACK, Respondent, v MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant. [662 NYS2d 929] —Order unanimously affirmed with costs. Memorandum: Supreme Court did not abuse its discretion in granting the application of petitioner to file a late notice of claim (see, Insurance Law § 5208; Matter of Frey v MVAIC, 11 AD2d 693, affd 9 NY2d 849). (Appeal from Order of Supreme Court, Erie County, Michalek, J.—Notice of Claim.) Present—Denman, P. J., Pine, Callahan, Balio and Fallon, JJ.